UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                              No. 3:21-CR-30001

JAMES READ                                                                                            DEFENDANT

## OPINION AND ORDER

Before the Court is Defendant's motion (Doc. 23) for leave to file additional objections to the final presentence investigation report (Doc. 16).  On July 7, 2021, Defendant filed an unopposed motion to continue the sentencing hearing.  Defendant stated that a continuance was necessary due to numerous errors in the PSR that were discovered after the deadline to file objections to the initial PSR. The Court granted Defendant's motion and instructed both parties that the Court would only allow untimely objections to the PSR upon a showing of good cause pursuant to Fed. R. Crim. P. 32(i)(1)(D).

Fed. R. Crim. P. 32(i)(1)(D) states that a court "may, for good cause, allow a party to make a new objection at any time before sentence is imposed." *See United States v. Lindsey*, 827 F.3d 733, 736 (8th Cir. 2016) ("[T]he district court retains discretion to allow such new objections [to the PSR] upon a showing of good cause.").  Defendant's motion states that "Defendant failed to appreciate the importance of detailed factual accuracy of the Report until after receipt and review of the Final Report." (Doc. 23, p. 2).  Given the complicated nature of Defendant's PSR and the importance of the PSR containing accurate information, the Court finds good cause exists to allow Defendant to file new objections.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 23) for leave to file additional objections to the final presentence investigation report is GRANTED.  Defendant is

directed to immediately file his additional objections to the final PSR under seal. The Government's response is due ten days from the date Defendant's additional objections are filed.

IT IS SO ORDERED this 2nd day of August, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE