UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                    CASE NO. 3:21-CR-30001-001

JAMES READ                                                                            DEFENDANT

## ORDER

    The Court ADOPTS the report and recommendation (Doc. 10) entered in this case and accepts Defendant's plea of guilty to Counts 1, 2, and 3 of the information. The Defendant is hereby adjudged GUILTY of the offenses.

    IT IS SO ORDERED this 26th day of August, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE